IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WENDY ALISON NORA,

                Plaintiff,

     v.

JUAN B. COLAS, in his judicial capacity for purposes of declaratory relief only,
JUAN B. COLAS, in his individual capacity for non-judicial actions,
DANE COUNTY CIRCUIT COURT, in its official capacity,
CARLOS ESQUEDA, Clerk of Dane County Circuit Court in his official capacity for declaratory relief only,
CARLOS ESQUEDA, Clerk of Dane County Circuit Court in his individual capacity for criminal damages, and
VICKI GILBERTSON, Deputy Clerk of Dane County Circuit Court in her official capacity only,

                Defendants.

ORDER

10-cv-709-bbc

---

      This is a civil action for monetary relief in which plaintiff is proceeding pro se. Defendants have filed a motion to dismiss. The current briefing schedule gives plaintiff until December 27, 2010 to file her brief in response. Plaintiff has submitted a letter stating that she will be unable to comply with this deadline because of medical issues as well as the fact that she has a January 17, 2010 deadline to file her appellate brief in a case before the Court of Appeals for the Seventh Circuit. I will grant plaintiff an extension of time to file her response. However, as plaintiff should be aware from her previous litigation in this court, I cannot grant her unlimited extensions of time; ultimately she will have to litigate the case or it will be dismissed for her failure to prosecute.

ORDER

IT IS ORDERED that plaintiff's motion for extension of time to file her response brief is GRANTED: plaintiff has until January 31, 2011 to file her response.  Defendants' reply deadline is extended to February 10, 2011.

Entered this 17th day of December, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge